UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARGO GARAY,

    Plaintiff,

v.

SOUTHWEST AIRLINES CO.,

    Defendant.

Case No. 19-cv-05452-DMR

**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES**

On August 29, 2019, Defendant Southwest Airlines removed this action to this court. Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to Judge Phyllis J. Hamilton to determine whether it is related to *Garay v. Southwest Airlines Co.*, Case No. 18-cv-7538 PJH.

**IT IS SO ORDERED.**

Dated: August 30, 2019

DONNA M. RYU
United States Magistrate Judge